UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DIANE VICKY VAUGHAN**

                                  **CASE NO. 05-74627**

              **Plaintiff,**

                                  **DENISE PAGE HOOD**
      **vs.**                             **UNITED STATES DISTRICT JUDGE**

**MARIA OXHOLM,**

              **Defendant.**
_____/

## ORDER OF DISMISSAL

On March 8, 2006, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2. Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

                                                  s/   DENISE PAGE HOOD
                                                  DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 29, 2006

I hereby certify that a copy of the foregoing document was served upon Diane Vicky Vaughan, 2119 Emerson, Westland, MI 48186 on March 29, 2006, by electronic and/or ordinary mail.

                                                  s/William F. Lewis
                                                  Case Manager